KATHERINE W. CULLEN v. JAMES H. CULLEN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ELIHU N. KLEINBAUM v. CLIFFORD L. MILLER, Impleaded, etc.— Motion denied and stay vacated. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of CAMERON BLAIKIE and Another for an Order Confirming Award of Arbitration in Controversy between SCHUYLER A. ORVIS and CAMERON BLAIKIE and Another.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PROSPECT PRESS v. RUMSON REALTY CORPORATION.— Motion denied and stay vacated. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

FRED BUTTERFIELD & Co., INC., v. ABRAHAM & STRAUS, INC.— Motion denied, without costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ELMER A. MILLER v. MILTON C. HENLEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GEORGE W. McLAUGHLIN v. ALBERT R. ALLEY.— Application granted. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH L. VIESER v. DAVID S. BELLOWS.— Application granted. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

LASHER & LATHROP v. CREDIT GUIDE PUBLISHING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

BANK OF UNITED STATES v. WHISTLE BOTTLING Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HYMAN RESSLER v. EXPORTERS WAREHOUSE Co., INC., Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

FRANCES MARKS v. FREDERICK A. DALLETT and Others, Individually and as Executors, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WILLIAM MARKS v. FREDERICK A. DALLETT and Others, Individually and as Executors, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JACOB GREENBERG v. LEOPOLD ZIMMERMANN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.